Gregory M. Feather
**Handler, Henning & Rosenberg, LLP**
1300 Lingleston Road
Harrisburg, PA 17110
Telephone: (717) 238-2000
Facsimile: (717) 233-3029
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | **MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| This Document Relates To:<br><br>*Cindy Hockenberry, Administratrix of the Estate of James H. Hemperly, Sr., Deceased v. Pfizer Inc*<br>(06-3486 CRB)<br><br>*Joseph Whitaker, et al. v. Pfizer Inc*<br>(07-3242 CRB) | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now all the Plaintiffs in the above-entitled actions and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with each side bearing its own attorneys' fees and costs.

-1-

DATED: 4/27, 2009    By: _____

**HANDLER, HENNING & ROSENBERG, LLP**
1300 Lingleston Road
Harrisburg, PA 17110
Telephone: (717) 238-2000
Facsimile: (717) 233-3029

*Attorneys for Plaintiffs*

DATED: Dec. 9, 2009    By: _____

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: DEC 1 6 2009    _____
Hon. Charles R. Breyer
United States District Court

PFZR/1035934/1132569v.1
EAST\42583605.1

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE